UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

25cr411 LMP/EMB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| Plaintiff, | ) ) ) | 8 U.S.C. § 1326(a) |
| v. | ) ) | |
| GORGONIO YANEZ-MAGALLANES, | ) ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Reentry of Removed Alien)

On or about October 19, 2025, in the State and District of Minnesota, the defendant,

**GORGONIO YANEZ-MAGALLANES,**

an alien, was found in the United States after having been removed therefrom on or about October 8, 2008, August 5, 2010, April 12, 2016, August 23, 2016, and April 24, 2019, not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States, all in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

_____     _____
UNITED STATES ATTORNEY                         FOREPERSON

SCANNED
OCT 2 8 2025
U.S. DISTRICT COURT MPLS