# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Gorgonio Yanez-Magallanes,<br><br>　　　　　　Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE: JOHN F. DOCHERTY<br>U.S. Magistrate Judge<br><br>Case No:　　　25-cr-411 (LMP/EMB)<br>Date:　　　　　October 29, 2025<br>Court Reporter:　Tim Willette<br>Courthouse:　　St. Paul<br>Courtroom:　　6A<br>Time Commenced:　2:10 p.m.<br>Time Concluded:　2:12 p.m.<br>Time in Court:　2 minutes |

APPEARANCES:

　Plaintiff: Campbell Warner, Assistant U.S. Attorney
　Defendant: Robert Meyers
　　　　　X FPD

　Interpreter/ Language:　Esperanza Lopez-Dominguez/Spanish

**Indictment Dated:** October 28, 2025

　X Reading of Indictment Waived　　X Not Guilty Plea Entered

Other Remarks:
X Counsel to be notified of additional dates by separate Order to be issued.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_s/nah_
　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Courtroom Deputy